IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MINISTERIAL AMBASSADOR**
**POLITICAL BODI EL BEY,**
**In Propria Persona**                                                                                          **PLAINTIFF**

**V.**                                              **4:14CV00109 JM**

**DAVID HENRY, ROBERT**
**DITTRICH, and JOHN DOES**
**1-6**                                                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 27th day of March, 2014.

James M. Moody Jr.
United States District Court